UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

Michael Anthony Joyner, Sr.,

Debtor.

Case No.  11-75183-FJS
Chapter 13

_____

**ORDER SUSTAINING OBJECTION TO
CONFIRMATION OF CHAPTER 13 PLAN**
_____

THIS MATTER comes before the Court upon the *Objection to Confirmation of Chapter 13 Plan* (the "Objection") filed on January 16, 2012 [docket no. 18] by Commercial Cash Flow, LLC, t/a Beach Commercial ("Beach Commercial"), by counsel.

And upon the pleadings filed, the record of the chapter 13 case, and the consents and acknowledgments of counsel for the parties as reflected by their endorsements below, it is

ORDERED that Beach Commercial's Objection is hereby SUSTAINED, and that confirmation of the *Chapter 13 Plan* filed in this case on December 20, 2011 [docket no. 15] is DENIED.

It is further ORDERED that the twenty-one (21) day requirement of Local Rule 3015-2 shall run from the date of entry of this order.


Date:_____                         _____
                                            U. S. Bankruptcy Judge


                                          Entered on Docket:_____

.

I ASK FOR THIS:


_____/s/ Peter G. Zemanian_____
Peter G. Zemanian (VSB #24922)
Zemanian Law Group
223 East City Hall Avenue, Suite 201
Norfolk, VA  23510
(757) 622-0090
Counsel for Beach Commercial


SEEN AND AGREED:


_____/s/ Steve C. Taylor_____ (based on e-mail endorsement)
Steve C. Taylor, Esq.
133 Mt. Pleasant Road
Chesapeake, VA  23322
Counsel for the Debtor

SEEN:


_____/s/ Michael P. Cotter_____ (based on e-mail endorsement)
Michael P. Cotter, Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320


## CERTIFICATE

I hereby certify that a true copy of the foregoing Order was endorsed by or served upon all requisite and necessary parties pursuant to Local Rule.


_____/s/ Peter G. Zemanian_____
Peter G. Zemanian

2

PARTIES TO RECEIVE COPIES:

Peter G. Zemanian, Esq.
Zemanian Law Group
223 East City Hall Avenue, Suite 201
Norfolk, VA  23510

Steve C. Taylor, Esq.
133 Mt. Pleasant Road
Chesapeake, VA  23322

Michael P. Cotter, Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320